GEORGE DE METS, Appellant, *v.* FRANK Moss, Executor, etc.,
Respondent.

(Argued October 18, 1892; decided November 29, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 18,

1892, which reversed a judgment in favor of plaintiff entered upon the report of a referee.

*Coles Morris* for appellant.

*Stephen B. Brague* for respondent.

Agree to dismiss appeal on authority of *Roe* v. *Boyle* (81 N. Y. 305).

All concur.

Appeal dismissed. _____